An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TROPICAL INDUSTRIAL PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; ROSS W. BURNETT, AN INDIVIDUAL; AND CHRISTIAN D. HAASE, AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,
Respondents,
and
CML-NV TIP, LLC, A FLORIDA LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 61118

**FILED**

AUG 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING WRIT PETITION

Pursuant to the parties' August 2, 2013, stipulation, this writ petition is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-23992

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Rice Silbey Reuther & Sullivan, LLP
Cotton, Driggs, Walch, Holley, Woloson & Thompson/Las Vegas
Eighth District Court Clerk